IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-3807-N |
| | § | |
| GREG ABBOTT, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion to transfer venue [Dkt. No. 9] is therefore DENIED.

SO ORDERED this 18th day of October, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE