IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NIXON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:13-cv-3807-N |
| | § | |
| GREG ABBOTT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Plaintiff's motions for sanctions [Dkt. No. 30] for preliminary injunction [Dkt. No. 35] and to stay pending review of petition for writ of mandamus [Dkt. No. 36] are DENIED.

Because Plaintiff persists in filing frivolous civil lawsuits, he is instructed that he may not re-file this complaint or any other civil action in this Court without either paying the applicable filing fee or filing an appropriate motion for leave to file accompanied by a proposed complaint and a motion for leave to proceed *in forma pauperis*. The Clerk of Court is ORDERED to docket – for administrative purposes only – any future civil action by Tracy Nixon that does not comply with these requirements

and immediately close the case after placing a copy of the sanction order in the file, with no other action taken on non-compliant submissions.

The Court CERTIFIES that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *See Baugh v. Taylor,* 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Findings, Conclusions, and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King,* 707 F.2d 215, 220 (5th Cir. 1983).

SO ORDERED this 17th day of January, 2013

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE